IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL RAY EDWARDS,**<br><br>Petitioner,<br><br>v.<br><br>**RANDY GROUNDS, Warden,**<br><br>Respondent. | Case No. C 10-4164 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **September 9, 2011**, in which to file and serve an answer to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse within **thirty days** of the date the answer is filed.

IT IS SO ORDERED.

Dated: __7/29/11_____         _____
                                                                           The Honorable Lucy H. Koh
                                                                           United States District Judge

1

[~~Proposed~~] Order                                                                                    (C 10-4164 LHK (PR))