IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL RAY EDWARDS, | ) | No. C 10-4164 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION |
| v. | ) ) | TO ENLARGE TIME TO FILE AN ANSWER |
| RANDY GROUNDS, Warden, | ) ) | |
| Respondent. | ) ) | |
| | ) | (Docket No. 19) |

Good cause appearing, Respondent's application for an extension of time to file an answer is GRANTED. Respondent shall file his answer no later than **thirty (30) days** after the filing of this order. Petitioner shall file his traverse within **thirty (30) days** from the date the answer is filed. **No further extensions will be granted absent exigent circumstances**.

This order terminates docket no. 19.

IT IS SO ORDERED.

DATED: 9/19/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion to Enlarge Time to File an Answer
P:\PRO-SE\SJ.LHK\HC.10\Edwards164eot-answer.wpd