IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL RAY EDWARDS, | ) | No. C 10-4164 LHK (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR ENTRY OF DEFAULT; |
| v. | ) ) | DENYING AS MOOT MOTION FOR PRODUCTION |
| WARDEN RANDY GROUNDS, | ) ) | OF EXHIBITS; GRANTING MOTION TO ENLARGE TIME |
| Respondent. | ) ) | (Docket Nos. 25, 26, 28) |

Petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for entry of default. On September 9, 2011, Respondent requested an additional two week extension of time in which to file his answer to the Court's order to show cause. On September 19, 2011, the Court granted Respondent's motion, directing Respondent to file his answer within thirty days. Thereafter, Respondent filed a timely response. Petitioner's motion for entry of default is DENIED.

Petitioner also moves for production of documents. Specifically, Petitioner asserts that he did not receive a copy of Respondent's exhibits in support of his answer. On November 21, 2011, counsel for Respondent filed a letter indicating that she served Petitioner with a copy of the requested exhibits. Thus, Petitioner's motion for production of documents is DENIED as moot.

Finally, Petitioner moves for an enlargement of time to file a traverse to Respondent's

1  answer.  Petitioner's motion is GRANTED.  Petitioner may file a traverse no later than thirty
2  days from the filing date of this order.
3      IT IS SO ORDERED.
4  DATED: _12/6/11_

_____
LUCY H. KOH
United States District Judge