1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL RAY EDWARDS,                    )          No. C 10-4164 LHK (PR)
                                        )
            Petitioner,                 )          JUDGMENT
                                        )
   v.                                   )
                                        )
WARDEN RANDY GROUNDS,                   )
                                        )
            Respondent.                 )
_____ )

        The Court has denied the instant petition for writ of habeas corpus on the merits.

Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

his petition.  The Clerk shall close the file.

        IT IS SO ORDERED.

DATED: __11/28/12__                     _____
                                        LUCY H. KOH
                                        United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.10\Edwards164jud2.wpd